PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>DAMIAN HERNANDEZ,<br><br>              Defendant. | Case No. 1:22-mj-00006 EPG<br><br>**THE UNITED STATES' REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER** |

     Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the complaint against DAMIAN HERNANDEZ, without prejudice and in the interest of justice.

                                    Respectfully submitted,

Dated: April 27, 2022                       PHILLIP A. TALBERT
                                            United States Attorney

                                    By: /s/ BRIAN W. ENOS
                                               BRIAN W. ENOS
                                               Assistant United States Attorney

///
///
///

**ORDER**

IT IS HEREBY ORDERED that the criminal indictment against DAMIAN HERNANDEZ be dismissed, without prejudice and in the interest of justice.

IT IS SO ORDERED.

Dated: 4/27/2022

*Sheila K. Oberto*
Sheila K. Oberto
United States Magistrate Judge

UNITED STATES' REQUEST FOR DISMISSAL
WITHOUT PREJUDICE; ORDER

2